AB:PC
F. #2021R00388

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - against -

DENNIS HARRIS,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

<u>AFFIDAVIT AND COMPLAINT IN
SUPPORT OF AN APPLICATION FOR
AN ARREST WARRANT</u>

Case No. 21-MJ-498

(18 U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

Debra Lawson, being duly sworn, deposes and states that she is a Detective with the New York City Police Department, duly appointed according to law and acting as such.

On or about March 14, 2021, within the Eastern District of New York and elsewhere, the defendant DENNIS HARRIS knowing that he had been previously convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm and ammunition, to wit: a loaded 9 mm Makarov Caliber semi-automatic pistol, model PA-63, serial number BB3716.

(Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.      I am a Detective with the New York City Police Department ("NYPD") and have been involved in the investigation of numerous cases involving the recovery of firearms and ammunition.   I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.      On or about March 14, 2021, the NYPD received a 911 call for a male in need of assistance in front of 1540 Fulton Street, Brooklyn, New York.   Upon arrival, patrol officers found the defendant DENNIS HARRIS unconscious in the driver's seat of a blue Kia, license plate UEC3115, in the roadway, with the windows down, and the vehicle in drive with the defendant's foot on the brake pedal.   After placing the vehicle in park and shutting off the vehicle, the officers attempted to provide aid to the defendant, detected an odor of alcohol coming from the defendant, and observed marijuana and a marijuana vape pen in plain view. Officers arrested the defendant for driving while intoxicated and unlawful possession of marijuana.

3.      After the arrest, the officers searched the defendant's vehicle and recovered a 9 mm Makarov Caliber semi-automatic pistol, model PA-63, serial number BB3716, containing three rounds of ammunition from a fuse box compartment below the steering wheel.



 

4.      A review of the defendant DENNIS HARRIS'S criminal history reveals two Commonwealth of Virginia convictions: one in 2016 for Possession of a Schedule I/II Controlled Substance, for which the defendant was sentenced to five years' incarceration, which was suspended for five years, and one in 2017 for Possession of a Schedule I/II Controlled Substance, for which the defendant was sentenced to five years' incarceration, which was also suspended for five years.

5.      I have conferred with a Nexus expert, a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives who has informed me, in substance and in part, that the recovered firearm and ammunition were manufactured outside the state of New York.

4

6.  Based on the foregoing facts, I submit that there is probable cause to believe that DENNIS HARRIS violated Title 18, United States Code, Section 922(g)(1).

7.  It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the Affidavit and Arrest Warrant.  I believe that sealing these documents is necessary because they are relevant to an ongoing criminal investigation, which is not public at this time.  Premature disclosure of the contents of this Affidavit and the related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

WHEREFORE, your deponent respectfully requests that the defendant DENNIS HARRIS be dealt with according to law.

_____

Debra Lawson
Detective, New York City Police Department

Sworn to before me by telephone this
21 day of April, 2021

_Robert Levy_
_____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK